IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS W. KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03:05-0230 |
| ) | JUDGE TRAUGER |
| INTERNATIONAL CAPITAL ) | |
| RESOURCES, INC. and ) | |
| JOEL AMERLING, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion to Amend the Complaint filed by plaintiff Thomas W. Kelly (Docket No. 26) is **GRANTED**, and the Motions to Dismiss or For Judgment on the Pleadings filed by defendants Joel Amerling (Docket No. 8) and International Capital Resources, Inc. (Docket No. 10) are **DENIED**.

It is so ordered.

Enter this 9th day of November 2005.

_____
ALETA A. TRAUGER
United States District Judge